**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

JENISA ANGELES, *on behalf of herself and all others similarly situated*,

                      Plaintiff,

-against-

CAPITA SNOWBOARDS LLC,

                      Defendant.

------------------------------------- X

ORDER

20 Civ. 7690 (GBD)

GEORGE B. DANIELS, District Judge:

The initial conference is adjourned from June 10, 2021 to September 7, 2021 at 9:30 a.m.

The parties shall file a status letter no later than August 31, 2021.

Dated: June 3, 2021
      New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE