**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JENISA ANGELES, on behalf of herself and all others similarly situated,
    Plaintiff,

v.   CASE NO.: 1:20-cv-7690

Capita Snowboards, LLC
CapitaMFG GmBH,
    Defendant.

_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CAPITA MFG GMBH, LLC ONLY

IT IS HEREBY AGREED TO by the Plaintiff and Plaintiff's attorney, and the Defendant, CapitaMFG GmbH that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action against Defendant CapitaMFG GmbH, shall be and hereby is dismissed without prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that the dismissal without prejudice may be entered in the above entitled action pursuant hereto.

Dated: July 26, 2021

    Respectfully Submitted,

    */s/Mark Rozenberg*
    Mark Rozenberg Esq.
    **Stein Saks, PLLC**
    One University Plaza
    Hackensack, NJ 07601
    mrozenberg@steinsakslegal.com
    Tel. 201-282-6500
    Fax 201-282-6501
    *Attorneys for Plaintiff*

## **Certificate of Service**

      I hereby certify that on this date, I electronically filed this Notice of Voluntary Dismissal using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.  I also emailed this Notice to all parties who have not made an appearance in this case.

This 26th day of July 2021                Respectfully Submitted,

                                                          */s/ Mark Rozenberg*
                                                          Mark Rozenebrg